# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2020

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Emmanuel Roy
Name of Supervising Judicial Officer: Thomas O. Rice, U.S. District Judge
Docket No: 2:20CR00078-TOR-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Emmanuel Roy to travel out of the country.

Respectfully submitted by,
s/Linda J. Leavitt     11/23/2020
Linda J. Leavitt       Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  Approves travel request
[ ]  Denies travel request
[ ]  Other

Thomas O. Rice
United States District Judge

November 24, 2020
Date