# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2021

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Emmanuel Roy
Name of Supervising Judicial Officer:  Thomas O. Rice, U.S. District Judge
Docket No:  2:20CR00078-TOR-1

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Emmanuel Roy to travel out of the country.

Respectfully submitted by,
s/Linda J. Leavitt                             02/17/2021
Linda J. Leavitt                                  Date
U.S. Probation Officer

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

_____
Thomas O. Rice
United States District Judge

February 17, 2021
Date