UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>       v.<br><br>EMMANUEL ROY,<br><br>                                    Defendant. | NO: 2:20-CR-0078-TOR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |

BEFORE THE COURT is Defendant's Motion to Modify Supervised Release and Permit Travel. ECF Nos. 23, 24. The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

On June 30, 2020, Defendant's 3-year term of supervised release was transferred from the Southern District of New York to the Eastern District of Washington. ECF No. 1. Standard Condition No. 1 prohibits Defendant from traveling outside the district without prior permission of the Court or the United States Probation Office. ECF No. 1-3 at 3. Defendant now seeks the Court's

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 1

permission to travel outside the district, specifically he requests to travel to Zurich, Switzerland from March 8, 2022, to March 15, 2022, for employment related reasons. The Court notes that Defendant has been allowed to travel on multiple prior occasions without incident since supervision was transferred to this district and has otherwise abided by his conditions of supervised release. Therefore, for good cause shown, the motions are granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion to Modify Supervised Release and Permit Travel (ECF Nos. 23, 24) is **GRANTED**.

2. From March 8, 2022, to March 15, 2022, Defendant is permitted to travel from his residence in Spokane, Washington, to Zurich, Switzerland for employment related reasons.

3. Defendant shall advise the United States Probation Office for the Eastern District of Washington of his specific travel plans, including the address where he'll be staying and a phone number where he can be reached, at least 72 hours in advance of leaving the district, and shall immediately notify them upon his return to the district.

4. All other terms and conditions of Defendant's supervised release remain in effect.

//

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

DATED February 25, 2022.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 3